IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| II-VI INCORPORATED, a Pennsylvania corporation, | ) )  Civil Action No. 2:06-cv-01664 |
| Plaintiff, | ) ) |
| vs. | ) )  JURY TRIAL DEMANDED ) ) |
| FUTURE DREAMS INC., formerly known as LATTICE MATERIALS CORPORATION, a Minnesota corporation, | ) ) ) ) |
| Defendant. | ) ) |

PROPOSED ORDER

AND NOW this _21st_ day of _Feb._, 2007, upon consideration, ~~the Motion to Dismiss is DENIED~~ and it is ~~hereby~~ ORDERED that the Motion to Transfer this matter to the United States District Court for the District of Montana, Butte Division, is GRANTED. The Motion to Dismiss is denied as moot.

_____
The Honorable Donetta W. Ambrose, Chief Judge
United State District Court for the Western District of Pennsylvania